**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____     Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Terrain DENG LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Mosaic at Medical Apartments** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **92-1630589** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5380 Medical Drive**<br>**San Antonio, TX 78240**<br>Number, Street, City, State & ZIP Code | **183 Wilson St. #358**<br>**Brooklyn, NY 11211**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bexar**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **https://www.mosaicatmedical.com/**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Terrain DENG LLC**_____   Case number (*if known*)_____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check **all** that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ■ Yes.

| Debtor | **Terrain DENG LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Terrain DENG LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/24/2025
              MM / DD / YYYY

X  _[signature]_                                    **Baruch Teitelbaum**
   Signature of authorized representative of debtor    Printed name

   **Managing Member Terrain DENG GP LLC, Mgr of Debtor**
   Title

**18. Signature of attorney**

X  */s/ Melissa A. Haselden*                       Date  02/24/2025
   Signature of attorney for debtor                      MM / DD / YYYY

   **Melissa A. Haselden 00794778**
   Printed name

   **Haselden Farrow, PLLC**
   Firm name

   **708 Main Street**
   **10th Floor**
   **Houston, TX 77002**
   Number, Street, City, State & ZIP Code

   Contact phone  832-819-1149    Email address  **MHaselden@HaseldenFarrow.com**

   **00794778 TX**
   Bar number and State

Debtor **Terrain DENG LLC**
Name

Case number *(if known)*

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Miramar Townhomes SWNG 2 LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Texas** | When | **11/27/24** | Case number, if known | **24-90608** |
| Debtor | **Mosaic SWNG LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Texas** | When | **1/30/25** | Case number, if known | **25-90010** |
| Debtor | **The Avenue SWNG TIC 1 LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Texas** | When | **11/27/24** | Case number, if known | **24-90609** |
| Debtor | **The Avenue SWNG TIC 2 LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Texas** | When | **11/27/24** | Case number, if known | **24-90610** |
| Debtor | **Toro Place LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Texas** | When | **11/27/24** | Case number, if known | **24-90611** |

Debtor  514 That Way, LLC                                     Relationship to you      Affiliate
District  Southern District of Texas        When: 2/24/2025   Case number, if known   25-

Debtor Park at Crestview DENG LLC                             Relationship to you      Affiliate
District Southern District of Texas         When: 2/24/2025   Case number, if known   25-

Debtor Latitude DENG LLC                                      Relationship to you      Affiliate
District Southern District of Texas         When: 2/24/2025   Case number, if known   25-

## WRITTEN CONSENT OF
## MANAGING MEMBERS OF
## TERRAIN DENG LLC

The undersigned, being the managing members Terrain GP, LLC, a Delaware limited liability company ("Managing Members"), the manager of Terrain DENG Member LLC, a Delaware limited liability company and the sole member of Terrain Deng, LLC, a Delaware limited liability company (the "Company") and pursuant to the provisions of applicable Delaware statutes and the Company Agreement, hereby consent to the adoption of the following resolutions and to the action authorized in such resolutions being taken by the Managing Members in lieu of a meeting thereof:

**RESOLVED**, that the Company should reorganize by filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County or surrounding county, Texas;

**RESOLVED**, that Baruch Teitelbaum, a Managing Member and manager of the Company ("Manager"), is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case"), and to prepare or cause to be prepared all other documents, pleadings and other instruments necessary and take any necessary action to prosecute the Bankruptcy Case;

**RESOLVED**, that the Company is authorized and directed to employ and retain the firm of Haselden Farrow, PLLC, Attorneys at Law, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the Manager to be appropriate; and

**RESOLVED FURTHER**, that any and all actions taken by the Manager for the Company, for and on behalf and in the name of this Company, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

The undersigned, being the Managing Members and sole member of the Company hereby consents to the foregoing effective the 21st day of February, 2025.

        **TERRAIN DENG, LLC**
          By: Terrain DENG Member, LLC
          Its sole managing member

        _____
        By: Baruch Teitelbaum, a Managing Member of Terrain DENG GP LLC, Manager of Terrain DENG Member LLC


        **TERRAIN DENG, LLC**
          By: Terrain DENG Member, LLC
          Its sole managing member

        _____
        By: MD Khaled Noor, a Managing Member of Terrain DENG GP LLC, Manager of Terrain DENG Member LLC